CUYAHOGA COUNTY BAR ASSOCIATION *v.* KEELER.

[Cite as *Cuyahoga Cty. Bar Assn. v. Keeler* (1996), 76 Ohio St.3d 471.]

(No. 96–922—Submitted June 25, 1996—Decided August 28, 1996.)

*Laurence A. Turbow, Martha H. Krebs* and *Michael M. Courtney,* for relator.
*J. Michael Drain,* for respondent.

---

*Per Curiam.* Having reviewed the record, we concur in the board's findings, conclusions and recommendation. Respondent's repeated and serious disciplinary violations require, at a bare minimum, an indefinite suspension from the practice of law in Ohio. In fact, his conduct could ordinarily be expected to result in disbarment. See, *e.g., Disciplinary Counsel v. Sprague* (1996), 74 Ohio St.3d 624, 660 N.E.2d 1168; *Disciplinary Counsel v. Rubright* (1994), 69 Ohio St.3d 34, 630 N.E.2d 335.

However, we have given appropriate mitigating weight to respondent's sincere efforts to overcome his alcoholism. See *Cincinnati Bar Assn. v. Slattery* (1996), 74 Ohio St.3d 209, 658 N.E.2d 254; *Disciplinary Counsel v. McElrath* (1994), 71 Ohio St.3d 131, 642 N.E.2d 370. Accordingly, we hereby indefinitely suspend respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.